[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-14684
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 19, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 07-00167-CR-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RAFAEL CORDANIEZ MILLIGAN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(August 19, 2009)

Before BIRCH, CARNES and FAY, Circuit Judges.

PER CURIAM:

John J. Pilcher, II, appointed counsel for Rafael Cordaniez Milligan, has

filed a motion to withdraw on appeal, supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED,** and Milligan's convictions and sentences are **AFFIRMED.**